IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELAINE B. GOLDENSTEIN, and LEONARD R. GOLDENSTEIN, | ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3163 |
| v. | ) ) | |
| DAVOL, INC., and C.R BARD, INC., | ) ) ) ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED:

Defendants' motion to withdraw, filing 10, is granted and Kirby T. Griffis and the firm Spriggs & Hollingsworth are withdrawn as counsel of record for defendants.

DATED this 15th day of August, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge